

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2015

No. 04-15-00253-CV

**IN THE INTEREST OF N.I.V.S. AND M.C.V.S.,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-04420
Honorable Gloria Saldana, Judge Presiding

## O R D E R

On May 19, 2015, we ordered appellant Sandra Sandoval, within ten days of the date of our order, to pay the filing fee for this appeal, or to provide written proof that she was excused by statute or rule from paying the filing fee. On May 27, 2015, appellant paid the filing fee for this appeal. Therefore, the clerk's record and the reporter's record are due **no later than August 20, 2015**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court